# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

BRANDON B. LOVETT, )
  )
    Plaintiff, )
  )
v. ) Case No. 4:17-cv-064
  )
GEORGIA-PACIFIC CONSUMER )
PRODUCTS, LP, )
  )
    Defendant. )

FILED
Scott L. Poff, Clerk
United States District Court
By James Burrell at 11:56 am, Oct 17, 2017

## ORDER ON JOINT MOTION TO STAY PROCEEDINGS

It appearing that the parties have consented to a stay, and for good cause shown, it is hereby ORDERED that all proceedings and all deadlines and obligations relating thereto, including all discovery and motions obligations, are hereby stayed up to and including January 5, 2018.

It is so ORDERED this 17th day of October, 2017.

_____
Magistrate Judge
United States District Court
Southern District of Georgia