# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

FILED
Scott L. Poff, Clerk
United States District Court
By James Burrell at 10:45 am, Jan 02, 2018

| | | |
|---|---|---|
| BRANDON B. LOVETT, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV417-064 |
| GEORGIA-PACIFIC CONSUMER PRODUCTS, LP, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

Third-party witness Tommy Evans' motion to quash the subpoena (doc. 24), seeking to prevent his December 19, 2017 deposition from going forward as scheduled due to work conflicts, is pending before the Court. Within 7 days of service of this Order plaintiff is **ORDERED** to notify the Court as to whether the December 19, 2017 deposition took place as scheduled.

**SO ORDERED,** this  2nd  day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA