# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| BRANDON B. LOVETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV417-064 |
| | ) | |
| GEORGIA-PACIFIC CONSUMER PRODUCTS, LP, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Third-party witness Tommy Evans having appeared at his scheduled deposition on December 19, 2017, his motion to quash the subpoena (doc. 24) is **DENIED** as moot.

**SO ORDERED,** this __2nd__ day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA