# United States District Court
## Southern District of Georgia

BRANDON B. LOVETT,

Plaintiff,

v.

GEORGIA-PACIFIC CONSUMER PRODUCTS, LP,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:17-cv-64

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated October 3, 2019 granting the Defendant Georgia-Pacific Consumer Products, LP's Motion for Summary Judgment, judgment is entered in favor of the Defendant Georgia-Pacific Consumer Products, LP and against the Plaintiff Brandon B. Lovett. This case stands closed.

Approved by: _____

October 9, 2019
*Date*

Scott L. Poff
*Clerk*

(By) Deputy Clerk